FILED

JUL 3 0 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Pro Se- Jeanette French 571-215-3719 -widdle9876@gmail.com

9001 Giltinan Court

Springfield, Va. 22153

 Eastern District Court of The United States, Alex. Va.

42 US 1983 Civil Rights (Employment Discrimination)

Plaintiff- Jeanette French vs

Selmetria Quarles (Thelma,Selma), N V Rides, Tony Wonkovich, Jeff Dannick, Elena Alergant, Emily Braley, Barbara Gatorian

Case number- 1:25 cv 00989

MOTION FOR EXTENSION OF TIME FOR SERVING "WAIVER OF SERVICE" TO DEFENDANTS

To: The Honorable William E. Fitzpatrick

Referring Judge- Honorable Patricia Tolliver Giles

   Jeanette French, Plaintiff--Pro Se, Respectfully Moves this court for a Motion for extension for serving the "Waiver of Service" by plaintiff to defendants pursuant to Federal Rule of Civil Procedure 4(d)(2) allows a plaintiff to request a waiver of formal service. If the plaintiff cannot complete service within the initial 90-day period, they can seek an extension from the court, which must be a reasonable time.

   The current deadline for Jeanette French to serve Defendants the "Waiver of Service" is 90 days. Jeanette French respectfully requests an additional 2 months on the time to serve the Waiver of Service to the defendants

In support of this Motion, Jeanette French, states as follows:

This request is made in good faith and not for the purpose of delay.

Cause of request-Due to my disabilities including at this time--

   1- ) Being in the most acute phase of my illness, and this episode in the summer, is the worst one of the year. I am severely bloated and very painful-(Adding 7 inches to by waist)- making all activities very uncomfortable, have severe nausea each day, high-ish fevers up to 100.6 every day, headaches, (hip, leg, low back- pain from high level inflammation, swelling in lower body, as well as Acute sterile peritonitis--It's characterized by inflammation of the peritoneum (the lining of the abdominal cavity) without evidence of infection. It is rigid to touch, all over abdomen, and pushing into the spine/lungs. Worst place is the upper left quadrant of abdomen,

1

and across left rib cage. The fatigue is extreme, just keeping eyes open is hard, especially with Fibromyalgia which causes extreme fatigue and a sleep disorder. There is chronic inflammation throughout the digestive tract from top to bottom, swallowing is hard, etc...This will last until around Sept 9. This is when the next episode will start. This current one will lessen at that time. The fall and winter episodes are not as severe as the summer one. Not sure why. I didn't know it would take a month until the complaint came ready to serve. It is ok, I understand. I just am requesting 2 more months added to the 90 days to serve. I will do all in my power to get it served as soon as possible. This case will have my full attention, and I am positive about filing it. You have my word that during the extended time I will be working to get it served as soon as possible per my health issues.

My current health issue's are quite severe. I tried to work on it this past week, but ended up in bed for few days from to pushing myself to hard. Causing my temperature to spike. During this acute phase I must remain mostly in bed, or else it will relapse.

2-) Also tracking down medication locations, making sure they are in stock, and contacting volunteer drivers of this new group. A bit more involved then just picking up a script. I will be going to 2 diff pharmacies in 2 diff locations in one day, leaving me fatigued.

3-) The episodes that are this severe, usually involve throwing up to, and it can be hard to stop and control at times in Hosp. Rest is important to stay out of Hosp.

4-) The A.C. here, which I don't have control over in this house, isn't kept cool enough for me. With the heat, which effects me badly, and fevers, it adds a lot of my illness. Making me sicker, feeling worse with the fevers.

5-) Deadline issues as previously stated in previous Motion for extension per post-concussion Syndrome.-(Following a concussion, individuals may experience a range of cognitive, physical, emotional, and behavioral challenges that can impact their ability to meet deadlines and perform at their usual levels.)

6-) Added to this is my other concurrent health issues including, frequent migraines, chronic fatigue syndrome, Psoriatic Arthritis, pernicious anemia, persistent asthma, (most pollens), Fibromyalgia, and stated rare genetic disease.

All of these health issues significantly impact my ability to focus, concentrate, and meet deadlines. All of which are beyond my control. I have medications that help some, but never fully, or at all in some cases.

Once I have the Waivers ready, I want to take them to the post office to send that way. In the past, important mail has been lost by the post office mailings from my home. This means finding a ride etc. to get there and back. I also didn't realize I had to print out the full case for each defendant. I thought they would read it electronically. So I am doing all the printing

2

myself, since it would take more time, money, rides, to get to a place to print it. I am doing this all at home, in my bedroom, with no office space.

I am so sorry about this ,but it would help me a lot if I could get 2 extra months to work on serving out the Waiver of Services. I apologize, and am deeply sorry to ask this of you, bit embarrassing too. I will do all in my power to serve these as fast as possible. In my filed case, in the section where I prove my disability, my symptoms are also listed there as well and verified medically. These illness's effect me, physically, mentally, as well as functionally.

I had originally stated in Motion for extension of time for the counterclaims answers, that I would be serving within the 90 day time frame, however, my illness has proven to be to difficult to meet this deadline.

I do not ask for extensions on these- -motions related to judgements, findings, or relief from judgement.

Thanks you very much for your understanding, and cooperation in this matter. significantly please provide any further information or documents if needed.

Sincererly , Jeanette French

1:25 CV 00989 PTG WEF
French vs N V Rides et al

FILED
MAILROOM
30 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) _Request for Extention of time to Serve Waiver of service to defendant_ ,was mailed

this (2) _____ Day of (3) _____ , to (4) _Eastern District Court of Alex. Va. - Honorable Judge William Fitzpatrick_ at (5) _Alex. Va Court house- Mailed on 7/28/2025_

Copy to each defendant! w/complaint
Selmetria Quarles, N V Rides, Tony Wondovich,
Jeff Dannick, Elena Alergait, Emily Braley,
Barbava Gatorian - Home address is
unless none found - then work.

571-215-3719
_Jeanette French_
(Your Signature)
9001 Giltinan Ct.
Springfield, Va. 22153
widdle9976@gmail.com

### Instructions

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____DIVISION

FILED
MAILROOM

JUL 30 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Jeanette French
**Plaintiff(s),**

v.

NV Rides et al
**Defendant(s),**

Civil Action Number: 1:25 cv 00989 PTG WEF

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of _Motion for Extention to_
**(Title of Document)**
Serve Waiver of Service
(Complant) to Defendants

Jeanette French
Name of *Pro Se* Party (Print or Type)

Jeanette French
Signature of *Pro Se* Party

Executed on: _____(Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____(Date)