# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JEANETTE FRENCH, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 1:25-cv-989-PTG-WEF |
| NV RIDES, *et al.*, | ) |
| *Defendants*. | ) |

## ORDER

This matter is before the Court upon *pro se* Plaintiff's Motion for Extension of Time for Serving "Waiver of Service" to Defendants (Dkt. 14). Because the deadline for Plaintiff to serve Defendants is Tuesday, September 9, 2025, it is hereby

**ORDERED** that the Motion is **DENIED** without prejudice. The Plaintiff may file a renewed motion for an extension of time, if necessary, as the deadline approaches. Any such motion must establish good cause as to why service could not be effected within the 90-day period permitted by Federal Rule of Civil Procedure 4(m).

**ENTERED** this 4th day of August, 2025.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia