1:25-cv. 00989 PTG WEF
French vs NV Rides
Filed- 6/11/25

FILED
MAILROOM

AUG - 8 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

Notifying Court that all listed defendants will be sent copies of previous
filing — (1) _when defendants are served the complaint_ ,was mailed

this (2) _____ Day of (3) _____ , to (4) _Eastern District_

Court of Alex, Va - Honorable William E Fitzpatrick at (5) _____

Alex, Va. _Court house- mailed 8/7/25_

Defendants Not listed on original Filing:
Semetria Quarles, NV Rides, Tony Wonkovich,  571-215-3719
Jeff Dannick, Elena Atergant,
Emily Braley, Barbara Gatorian     _Jeanette French_
Home address unless none found-     (Your Signature)
work address.              9001 Gilman Court
                  Instructions   Springfield, Va. 22153
                  widdle9876@gmail.com

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

Previous filing for: Request for  Extension of time for all responses
to Counterclaims  Filed 7/18/25
    * Addendum to Original Filing

And in addition to: Same certificate of Service Correction

## CERTIFICATE OF SERVICE

1:25 cv 00989
French vs N V Rideo
Filed 6/14/25

The undersigned hereby certifies that a true copy of the foregoing

(1) In body of Motion - words " purpose of Summons " are replaced with (*see below ,was mailed)

this (2) _____ Day of (3) _____, to (4) Eastern Dist.

Court Alex Va. - Honorable William Fitzpatrick at (5) _____

added in + Mailed to Courthouse. 8/7/25

Corrected page is placed at the end of Motion.

*Jeanette French*
(Your Signature)

### Instructions

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

* Replaced with " Waiver of Service/Notice of Lawsuit + w/ Complaint.
(P-2 of Body of Motion)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alex, Va._____DIVISION

Jeanette French
_____
**Plaintiff(s),**

v.

N V Rides et al
_____
**Defendant(s),**

Civil Action Number: 1:25 cv 00989

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of _Notification of Court of list of defendant's that will receive copies_ .
**(Title of Document)**

Jeanette French
_____
Name of *Pro Se* Party (Print or Type)

Jeanette French
_____
Signature of *Pro Se* Party

of original Motion for Extension Filed on 7/18/25 (w/ copies of original Filing)

Executed on: _____(Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____(Date)