1:25 CV 00989 PTG WEF
French vs. NV Rides et al

FILED

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing responses to counterclaims .was mailed

(1) Request for Extension of Time for all

this (2) _____ Day of (3) _____ William , to (4) Eastern District
Court of Alex. Va. - Honorable Judge Fitz Patrick at (5) _____ Alex. Va.
court house - (Hand delivered)
delivered)

571-215-3719
Jeanette French
_____
(Your Signature)
9001 Giltinan Ct.
Spring field Va. 22153
widdle9976@gmail.com

### Instructions

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____DIVISION

_Jeanette French_
            Plaintiff(s),

        v.

_N V Rides et al_
            Defendant(s).

Civil Action Number: _1:25-cv-00989-PTG-WEF_

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of _Motion for Extension._
                                                        (Title of Document)

_Jeanette French_
Name of *Pro Se* Party (Print or Type)

_Jeanette French_
Signature of *Pro Se* Party

Executed on: _____(Date)

                          OR

The following attorney(s) prepared or assisted me in preparation of _____.
                                                        (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared. or assisted in the preparation of. this document.

_____
_ (Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____(Date)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**_____ DIVISION**

Jeanette French
_____
Plaintiff(s),

v.                                          Civil Action Number: 1:25 CV 00989 PTG-WEF

N.V. Rides et al
_____
Defendant(s),

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of _Motion for Extension_
(Title of Document)

Jeanette French
_____
Name of *Pro Se* Party (Print or Type)

Jeanette French
_____
Signature of *Pro Se* Party

Executed on: __7/2/2025__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)    10

1:25 cv 00989-PTG-&

French vs N.V. Rides et al

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

*response to counter claims*

(1) _Request for Extension of time for all_ , was mailed

this (2) _____ Day of (3) _____, to (4) _Eastern District_
_Court of Alex, Va. → Judge Honorable William Fitzpatrick_ at (5) _____
_Alex Va. courthouse (hand delivered)_

*571-215-3719*
*Jeanette French - Pro Se*
(Your Signature)
*9001 Giltinan Court*
*Springfield Va. 22153*
*widdle 9876@gmail.com*

## Instructions

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

Case 1:25-cv-00989-PTG-WEF    Document 17-1    Filed 08/08/25    Page 5 of 8 PageID#
266
Case 1:25-cv-00989-PTG-WEF    Document 12-1    Filed 07/18/25    Page 3 of 5 PageID#
237
Case 1:25-cv-00989-PTG-WEF    Document 6    Filed 07/02/25    Page 1 of 5 PageID# 174

Pro Se-Jeanette French  571-215-3719- widdle9876@gmail.com

9001 Giltinan Court

Springfeild , Va. 22153

FILED

IN THE UNITED STATES DISTRICT COURT FOR THE [Eastern/Western] DISTRICT OF VIRGINIA

2025 ... -2 P I: 55

U S District court for the Eastern District of Virginia.

42 U S C 1983 Civil Rights (Employment Discrimination)

Plaintiff- Jeanette French  vs

Selmetria Quarles, NV Rides, Tony Wonkovich, Jeff Dannick, Elena Alergant, Emily Braley, Thelma, Selma, Barbara Gatorian

Case number- 1:2o25cv00989

MOTION FOR EXTENSION OF TIME TO FILE REPLY TO COUNTERCLAIM

To The Honorable Judge William E. Fitzpatrick

Referring Judge- Honorable Patricia Tolliver Giles

Jeanette French, Plaintiff--ProSe, Respectfully moves this Court for an extension of time, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to file a reply to the Counterclaim filed by Defendant Selmatria Quarles, NV Rides, et Al, on future counterclaims filed by defendents.

In support of this Motion, Jeanette French  states as follows:

If Defendant Selmetria Quarles,NV Rides et al,  files a Counterclaim(s) in this matter during this case, the current deadline for Jeanette French to file a reply to the Counterclaim is 21 days.

Jeanette French respectfully requests an extension of double the 21 days, so that a new proposed deadline would be 42 days, to file a proper and complete reply to the Counterclaim.

This request is made in good faith and not for the purpose of delay. The response will be filed as soon as possible within the requested extension period.

    Cause of request- Due to my disabilities including-- Fibromyalgia, frequent migraines ( unable to take migraine meds due to the effect on my heart), Psoriatic arthritis, chronic fatigue syndrome, Pernicious anemia-(unable to absorb B-12 = monthly self injections), rare

1

genetic disease of which the symptoms are extreme, (see below), asthma( to tree pollen that last till the first frost). The rare genetic disease, Familial Mediterranean fever is the most troublesome. Making it impossible to dedicate the necessary time and focus to adequately prepare and file the response by the current deadline.

These symptoms have significantly impacted the ability to function, concentration, research, thinking, document review and the use of the computer being in an upright position. Making it difficult to meet legal obligations within the current timeframe. My symptoms make me extremely ill all of the time. Most days are spent in bed, against my will. The symptoms can be extremely disruptive, such as severe nausea, which I must be in bed, otherwise throwing up or /and the Hosp. The severe abdominal pain can be difficult to control, the fevers, headaches, severe fatigue, are all very difficult to control. These symptoms make it very difficult to function enough to do any kind of work at all. One reason for me being disabled, the inability to function in a normal way to hold down a job for anyone.

A severe concussion in 2016, altered my place in time and space, affecting the vestibular part of the brain leaving lasting effects.  Deadlines can be very difficult, not only from my illesses, but also the anxiety levels .....(concussions can affect your perception of time and space, and these effects can contribute to anxiety, especially when facing deadlines.) ( Experiencing difficulties with time management, concentration, and other post-cognitive functions due to the concussion, the pressure of deadlines can become overwhelming and significantly worsen anxiety, affecting sleep and Functionality.) It causes me extreme anxiety when facing deadlines because of my limited ability to function from all my symptoms.

My illnesses are beyond my control, though I have medications to try to control them, they do not always work, or only partially. My proof is contained in my case documents under Proof of Disability. The concussion info is not there, but I can give it to you per Fairfax Hosp. and concussion therapy. If further proof or medical information is needed, I can supply that from medical records, Hosp admissions etc.

This Claim was filed on June 11, 2025. The "Purpose of Summons" will go out within the 90 day time frame. But the counterclaims are what I would need extended time for. Since I am Pro Se, it will be hard, not having extended time. I feel I need to reply to all counterclaims, since I will be facing an experienced lawyer, and my inability to function as a normal person will make that difficult without the added time. Even if I don't have to respond, I want to.

Jeanette French has NOT yet conferred with counsel for Defendant, Selmetria Quarles, NV Rides etal, as the opposing attorney is not yet known. If this is approved by you, I will send it to them once I know who their attorney it will be. If you do not approve this, I feel there will be no sense in sending them the information, since the decision had already made by you to not allow extended time.

2

If Selmetria Quarles, NV Rides et al, disapproves this after I offer them a choice after knowing their attorney , it will then be your decison, and I will abide by your decision. I wanted to make sure this request was submitted now, rather then a later date, so everyone knows what to expect.

**Per--Good Cause: Extensions of time are granted for "good cause," which could include valid reasons like disability symptoms that genuinely impede your ability to meet deadlines. You need to clearly explain the nature of your disability and how it affects your ability to participate in the litigation process.

Again, Once I get your permission and answer, I will then ask the defendants if they are OK with this extension of time. I am aware they may say no, as it will work in their favor to not give me the extension.

I do not ask for extensions on these-- motions related to judgments, findings, or relief from judgment.

Thank you for your understanding and cooperation in this matter. Please provide any further information or documentation if needed.

Sincerly,

Jeanette French

*Jeanette French*

3

genetic disease of which the symptoms are extreme, (see below), asthma( to tree pollen that last till the first frost). The rare genetic disease, Familial Mediterranean fever is the most troublesome. Making it impossible to dedicate the necessary time and focus to adequately prepare and file the response by the current deadline.

These symptoms have significantly impacted the ability to function, concentration, research, thinking, document review and the use of the computer being in an upright position. Making it difficult to meet legal obligations within the current timeframe. My symptoms make me extremely ill all of the time. Most days are spent in bed, against my will. The symptoms can be extremely disruptive, such as severe nausea, which I must be in bed, otherwise throwing up or /and the Hosp. The severe abdominal pain can be difficult to control, the fevers, headaches, severe fatigue, are all very difficult to control. These symptoms make it very difficult to function enough to do any kind of work at all. One reason for me being disabled, the inability to function in a normal way to hold down a job for anyone.

A severe concussion in 2016, altered my place in time and space, affecting the vestibular part of the brain leaving lasting effects. Deadlines can be very difficult, not only from my illesses, but also the anxiety levels .....(concussions can affect your perception of time and space, and these effects can contribute to anxiety, especially when facing deadlines.) ( Experiencing difficulties with time management, concentration, and other post-cognitive functions due to the concussion, the pressure of deadlines can become overwhelming and significantly worsen anxiety, affecting sleep and Functionality.) It causes me extreme anxiety when facing deadlines because of my limited ability to function from all my symptoms.

My illnesses are beyond my control, though I have medications to try to control them, they do not always work, or only partially. My proof is contained in my case documents under Proof of Disability. The concussion info is not there, but I can give it to you per Fairfax Hosp. and concussion therapy. If further proof or medical information is needed, I can supply that from medical records, Hosp admissions etc. *Waiver of Service/Notice of Law suit w/ complaint

This Claim was filed on June 11, 2025. The "Purpose of Summons" will go out within the 90 day time frame. But the counterclaims are what I would need extended time for. Since I am Pro Se, it will be hard, not having extended time. I feel I need to reply to all counterclaims, since I will be facing an experienced lawyer, and my inability to function as a normal person will make that difficult without the added time. Even if I don't have to respond, I want to.

Jeanette French has NOT yet conferred with counsel for Defendant, Selmetria Quarles, NV Rides etal, as the opposing attorney is not yet known. If this is approved by you, I will send it to them once I know who their attorney it will be. If you do not approve this, I feel there will be no sense in sending them the information, since the decision had already made by you to not allow extended time.

2