IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **JEANETTE FRENCH** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:25-cv-989-PTG/WEF |
| | ) |
| **NV RIDES, et al.** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WAIVER OF HEARING

Pursuant to Local Rule 7(J) and Fed. R. Civ. P 78, defendants Tony Wonkovich, Selmetria Quarles and Barbara Gatorian, by counsel, hereby waive hearing and submit their Motion to Dismiss upon the papers.

                **TONY WONKOVICH,**
                **SELMETRIA QUARLES and**
                **BARBARA GATORIAN**

By:   /s/ David D. Hudgins
         Counsel

David D. Hudgins, Esquire; VA Bar No. 20602
HUDGINS LAW FIRM, P.C.
2331 Mill Road, Suite 100
Alexandria, Virginia 22314
(703) 739-3300
dhudgins@hudginslawfirm.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, and mailed, postage prepaid, to:

Jeanette French
9001 Giltinan Court
Springfield, VA 22153
Widdle9876@gmail.com

NV Rides
8900 Little River Turnpike
Fairfax, VA 22031

Jeff Dannick
NV Rides
8900 Little River Turnpike
Fairfax, VA 22031

Elena Alergant
NV Rides
8900 Little River Turnpike
Fairfax, VA 22031

Emily Braley
Pozez JCC
8900 Little River Turnpike
Fairfax, VA 22031

                                    /s/ David D. Hudgins