Pro Se-Jeanette French 571-215-3719- widdle9876@gmail.com

9001 Giltinan Court, Springfield, Va. 22153

U S District Court for the Eastern Dictrict of Alexandria Virginia

42 U S C 1983 Civil Rights [Employment Discrimination]

Plaintiff- Jeanette French vs N V Rides et al

Case number- 1:25 cv 00989

Honorable William E. Fitzpatrick



MOTION TO CORRECT CLERICAL MISTAKE IN JUDGMENT/ORDER AND SUBMIT CORRECTED ORDER- Pursuant to Federal Rule of Civil Procedure 60(a) : And to Re-submit the Motion With the Corrected Clerical Order for Consideration.

Jeanette French-Pro Se, respectfully moves this court to Correct a Clerical Mistake in the 9/11/25 Order/Motion Title That Reads :

"Supplemental Motion to Request for Extension of Time for All Responses to Counter Claims"

with original judgement order of 9/16/25.

On 9/16/25, this court entered an order in this case. The Order contains a Clerical Error in the Title of the Motion. The Title of the Motion Is Incorrect and an Error By Me Due to My Current Ongoing Illness Leading to Unclear Cognitive Function.

Federal Rule of Civil Procedure 60(a) states that "the court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." This correction is intended to make the record reflect the court's original intent accurately.

The Error in the Order is a Simple Clerical Mistake. Jeanette French Requests That This Court Correct the Error to Accurately Reflect the True Intent of the 9/11/25 Order, and Re-Consider the Order With the Corrected Mistake.

Also:

All Documents included in the Original 9/11/25 Motion with the Clerical error, will convey to the Corrected Motion with the Corrected Title Now Reading :

""Request for Motion for Extension of Time to Respond to Motion to Dismiss"

The Corrected Order of 9/11/25, and The Courts response on 9/16/25, (Dkt. 21)

should Read When Corrected:

"Request for Motion for Extension of Time to Respond to Motion to Dismiss"

As the Most Efficient Means to Effectuate this Correction, Jeanette French has prepared a Corrected Order, attached. The proposed order has been titled Nunc Pro Tunc and is identical to the Original order, with the sole exception of the correction requested in This Motion. Jeanette French has provided a copy of this and the proposed corrected order to Opposing Counsel

For the Reason Set Forth Above, Jeanette French (Pro Se) Requests That This Court Grant This Motion, Sign the Proposed Corrected Order Attached, and Enter the Corrected Order into the Record for Re-consideration.

Dated: 9/22/2025

Plaintiff _Jeanette French_
_Jeanette French_

1:25 cv 00989     Eastern District Court of Alex. Va

French vs N.V. Rides et al
Filed 6/11/25

**FILED MAILROOM SEP 24 2025**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) __See Attached_____, was mailed

this (2) __22nd__ Day of (3) __September, 2025__, to (4) __Eastern District Courthouse of Alex, Va - Honorable William E. Fitzpatric__ at (5) __Courthouse Clerk + David D. Hodgins Counsel__

2311 Mill Rd
Suite 100
Alex. Va. 22314

571-215-3719
__Jeanette French__
(Your Signature)
9001 Giltman Ct.
Springfield, Va. 22153
widdle9876@gmail.com

### Instructions

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

Certificate of Service Con't

Motion to Correct Clerical Mistake in Judgement / Order and Submit Corrected Order-Pusuant to Federal Rule of Civil Procedure 60(a) : And to Re-Submit the Motion With the Corrected Order for Consideration.

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

Jeanette French
_____
Plaintiff(s),

v.

NV Rides et al
_____
Defendant(s),

Civil Action Number: 1:25-00989

FILED MAILROOM SEP 24 2025 CLERK, U.S. DISTRICT, ALEXANDRIA, VA

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of **Motion to Correct Mistake in Judgement/Order and Submit Corrected Order**.
(Title of Document)

Jeanette French
Name of Pro Se Party (Print or Type)

Jeanette French
Signature of Pro Se Party

Executed on: 9/22/2025 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of Pro Se Party (Print or Type))

_____
Signature of Pro Se Party

Executed on: _____ (Date)