

1:25 00989 French vs N V Rides  Filed 6/11/25

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

42 U S C 1983 Civil Rights {Employment Discrimination}

Plaintiff- Jeanette French vs N V Rides at al

Honorable William E. Fitzpatrick

AMENDED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Ameneded Motion request for extension due to complexity of Motion to Dismiss as a Pro Se litigant

adding additional extension time of an addtional 30 days, maing the full extension time 45 days total. French is still unable to be out of bed for more than a few hours a day. That Pro Se French does not have adequate office equipment such as a word processer and other equipment that law offices are equiped with, that French must do all work in a small bedroom, and no office or space, all while still very ill.

On 9/2/25, the Defendant served a Motion to Dismiss Plaintiff's Original Complaint.

Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff French has the right to amend the complaint as a matter of course within 21 days of the Motion to Dismiss being filed. The deadline to file this amended complaint is [Date, 21 days from when the motion was filed].

Plaintiff French filed a voluminous original complaint consisting of approximately 160 pages. Defendant's Motion to Dismiss is a 9-page document raising complex legal issues.

As a pro se litigant, Plaintiff French requires additional time to properly review the Motion to Dismiss, research the relevant legal arguments, and revise the extensive complaint to cure any deficiencies.

Plaintiff French seeks this extension in good faith to prepare a thorough First Amended Complaint that focuses on viable federal claims, particularly those concerning the Americans with Disabilities Act, and to properly remove the state law negligent supervision claim, which the Defendant correctly notes is not recognized in Virginia.

This extension is sought for a proper purpose and not for delay. The additional time will allow Plaintiff French to present a clearer and more concise pleading to the Court and opposing counsel, and it is not anticipated that it will prejudice any party.

Plaintiff has contacted opposing counsel and has

e.g., "received their consent," _____

or

"been unable to secure their consent" _____

Plaintiff French is awaitng opposing counsel's response and will file it as soon as it is received or that opossing counsel will file it with the court.

WHEREFORE, Plaintiff French respectfully requests that this Court grant an additional 30-day extension, extending the deadline to file the First Amended Complaint to 11/19/25.

Respectfully submitted,

Jeanette French

9001 Giltinant Court

Springfield, Va. 22153

571-215-3719

widdle9876@gmail.com

Date 10/3/2025

*Jeanette French - Pro-Se*

_____

_____

2

Certificate of Service attachment:

Amended to: Current Motion:

Current: Motion

"AMENDED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT"

per previous order of submission,

(Motion to correct clerical mistake in Judgement/order and submit corrected order)

Corrected:

"Request for Motion for extension of time to respond to Motion to Dismiss"

---

(orignial with clerical mistake- Supplemental Motion to request for extension of time for all responses to counter claims)

---

(With Corrected clerical mistake--supposed to be- Motion for extension of time to respond to Motion to Dismiss)

1

1:25 00989
French vs NV Rides et al        Eastern District Courthouse
Filed 6/11/25                                       Alex. Va.

## CERTIFICATE OF SERVICE

FILED MAILROOM OCT - 6 2025 CLERK, U.S. DISTRICT ALEXANDRIA, VIRGINIA

The undersigned hereby certifies that a true copy of the foregoing
(1) **(See attached.) Amended Motion for Extension to file Amended Complaint**, was mailed
this (2) **3** Day of (3) **October, 2025**, to (4) **Eastern District Courthouse of Alex. Va - Honorable William E. Fitzpatrick**
Mailed to: Court Clerk & David D. Hudgins - Counsel
2331 Mill Rd
Suite 100
Alex, Va. 22314

571-215-3719
*Jeanette French*
(Your Signature)
9001 Giltinan Ct.
Springfield, Va 22153
widdle9876@gmail.com

### Instructions

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____Alex_____ DIVISION

__Jeanette French__
Plaintiff(s),

v.

__N.V. Rides et al__
Defendant(s),

Civil Action Number: __1:25 00989__

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of __Amended Motion for Extension to File Amended Complaint__
(Title of Document)

__Jeanette French__
Name of *Pro Se* Party (Print or Type)

__Jeanette French__
Signature of *Pro Se* Party

Executed on: __10/3/25__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)