(1:25 cv 00989) - Original Case
No case # yet

FILED

2025 OCT 20 A 10 37

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Doctor documents

(1) **Supplement to Amended Complaint - Doctor documents**, was mailed

this (2) **19** Day of (3) **Oct, 2025**, to (4) **Eastern District Courthouse Alex. Va. Honorable William E. Fitzpatrick**

at (5) **In person to Courthouse**

Sending to: David D. Hudgins - Counsel
2331 Mill Rd
Suite 100
Alex. Va 22314
+ NV Ride Advisory Council (Board)
by sending to Opposing Council too.

571-215-3719

**Jeanette French**
(Your Signature)

9001 Giltman Ct.
Springfield Va. 22153
widdle9876@gmail.com

### Instructions

YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

# MENTAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT

**NAME** Jeanette French

**SOCIAL SECURITY NUMBER**

**CATEGORIES** *(From IB of the PRTF)*

**ASSESSMENT IS FOR:** ADA
☑ Current Evaluation
☐ Date Last Insured: _____ (Date)
☐ Other: _____ (Date) to 10/16/2025 (Date)
☐ 12 Months After Onset: _____ (Date)

## I. SUMMARY CONCLUSIONS

This section is for recording summary conclusions derived from the evidence in file. Each mental activity is to be evaluated within the context of the individual's capacity to sustain that activity over a normal workday and workweek, on an ongoing basis. Detailed explanation of the degree of limitation for each category (A through D), as well as any other assessment information you deem appropriate, is to be recorded in Section III (Functional Capacity Assessment).

If rating Category 5 is checked for any of the following items, you MUST specify in Section II the evidence that is needed to make the assessment. If you conclude that the record is so inadequately documented that no accurate functional capacity assessment can be made, indicate in Section II what development is necessary, but DO NOT COMPLETE SECTION III.

| | Not Significantly Limited | Moderately Limited | Markedly Limited | No Evidence of Limitation in this Category | Not Ratable on Available Evidence |
|---|---|---|---|---|---|
| **A. UNDERSTANDING AND MEMORY** | | | | | |
| 1. The ability to remember locations and work-like procedures. | 1. ☑ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 2. The ability to understand and remember very short and simple instructions. | 1. ☑ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 3. The ability to understand and remember detailed instructions. | 1. ☐ | 2. ☑ | 3. ☐ | 4. ☐ | 5. ☐ |
| **B. SUSTAINED CONCENTRATION AND PERSISTENCE** | | | | | |
| 4. The ability to carry out very short and simple instructions. | 1. ☐ | 2. ☐ | 3. ☐ | 4. ☑ | 5. ☐ |
| 5. The ability to carry out detailed instructions. | 1. ☐ | 2. ☐ | 3. ☑ | 4. ☐ | 5. ☐ |
| 6. The ability to maintain attention and concentration for extended periods. | 1. ☐ | 2. ☐ | 3. ☑ | 4. ☐ | 5. ☐ |
| 7. The ability to perform activities within a schedule, maintain regular attendance, and be punctual within customary tolerances. | 1. ☐ | 2. ☐ | 3. ☑ | 4. ☐ | 5. ☐ |
| 8. The ability to sustain an ordinary routine without special supervision. | 1. ☐ | 2. ☐ | 3. ☑ | 4. ☐ | 5. ☐ |
| 9. The ability to work in coordination with or proximity to others without being distracted by them. | 1. ☐ | 2. ☑ | 3. ☐ | 4. ☐ | 5. ☐ |
| 10. The ability to make simple work-related decisions. | 1. ☑ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |

Burke Family Practice
9409B Old Burke Lake Road
Burke, VA 22015

Form SSA-4734-F4-SUP (8-85)   1

| | Not Significantly Limited | Moderately Limited | Markedly Limited | No Evidence of Limitation in this Category | Not Ratable on Available Evidence |
|---|---|---|---|---|---|
| Continued—SUSTAINED CONCENTRATION AND PERSISTENCE | | | | | |
| 11. The ability to complete a normal workday and workweek without interruptions from psychologically based symptoms and to perform at a consistent pace without an unreasonable number and length of rest periods. | 1. ☐ | 2. ☐ | 3. ☑ | 4. ☐ | 5. ☐ |
| C. SOCIAL INTERACTION | | | | | |
| 12. The ability to interact appropriately with the general public. | 1. ☑ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 13. The ability to ask simple questions or request assistance. | 1. ☑ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 14. The ability to accept instructions and respond appropriately to criticism from supervisors. | 1. ☑ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 15. The ability to get along with coworkers or peers without distracting them or exhibiting behavioral extremes. | 1. ☑ | 2. ☐ | 3. ☐ | 4. ☐ | 5. ☐ |
| 16. The ability to maintain socially appropriate behavior and to adhere to basic standards of neatness and cleanliness. | 1. ☐ | 2. ☑ | 3. ☐ | 4. ☐ | 5. ☐ |
| D. ADAPTATION | | | | | |
| 17. The ability to respond appropriately to changes in the work setting. | 1. ☐ | 2. ☑ | 3. ☐ | 4. ☐ | 5. ☐ |
| 18. The ability to be aware of normal hazards and take appropriate precautions. | 1. ☐ | 2. ☑ | 3. ☐ | 4. ☐ | 5. ☐ |
| 19. The ability to travel in unfamiliar places or use public transportation. | 1. ☐ | 2. ☑ | 3. ☐ | 4. ☐ | 5. ☐ |
| 20. The ability to set realistic goals or make plans independently of others. | 1. ☐ | 2. ☑ | 3. ☐ | 4. ☐ | 5. ☐ |

II. **REMARKS:** If you checked box 5 for any of the preceding items or if any other documentation deficiencies were identified, you <u>must</u> specify what additional documentation is needed. Cite the item number(s), as well as any other specific deficiency, and indicate the development to be undertaken.

*Completed by patient for supplemental documentation*

*[signature] PMP-BC*
*10/16/2025*

Burke Family Practice
9409B Old Burke Lake Road
Burke, VA 22015

☐ Continued on Page 3

Form SSA-4734-F4-SUP (6-85)     2

1st Box = Y    Second Box = N    10/16/2025

Activities of Daily Living (ADLs) ADLs are the fundamental skills required for self-care and independent living.

Yes — NO

Checklists often include:

Bathing and personal hygiene

Is able to bathe independently __X__ ____

Needs standby assistance to bathe __X__ ____

Needs hands-on assistance to bath __X__ ____ with balance


Dressing

Is able to choose appropriate clothes and dress independently __X__ ____

Needs assistance with fasteners (buttons, zippers) ____ __X__

Needs full assistance with dressingToileting and continence ____ __X__

Is able to use the toilet and maintain continence independently __X__ ____

Needs standby assistance with toileting ____ __X__

Needs hands-on assistance with toileting ____ __X__


Eating

Is able to feed self independently __X__ ____

Needs assistance with cutting food ____ __X__

Needs to be fedTransferring and mobility ____ __X__

Is able to get in and out of a bed or chair independently __X__ ____

Requires an assistive device (e.g., cane, walker) ____ __X__

Needs assistance from another person to transfer ____ __X__


Instrumental Activities of Daily Living (IADLs)

Burke Family Practice
9409B Old Burke Lake Road
Burke, VA 22015

1

Y - N

IADLs are more complex tasks that require higher-level cognitive and organizational skills.

A checklist for IADLs can include:

Meal preparation

Plans and cooks meals independently __X__ ____

Needs assistance with more complex tasks (e.g., using an oven) __X__ ____

Is unable to prepare meals ____ __X__   longer cooking times

Managing finances

Pays bills and manages budget independently __X__ ____

Needs supervision or reminders for financial tasks ____ __X__

Is unable to manage finances ~~Managing finances~~ ____ __X__

Housekeeping

Completes all housework and home maintenance ____ __X__

Needs assistance with heavier tasks like vacuuming or laundry __X__ ____

Requires full assistance with housekeeping ~~Shopping~~ ____ __X__

Shops for groceries and necessities independently __X__ ____

Uses alternative services (e.g., online delivery) __X__ ____  delivers heavy items

Needs assistance with shopping Communication __X__ ____  if heavy

Can use a phone, email, and other communication tools independently __X__ ____

Has difficulty using technology ____ __X__

Is unable to communicate effectively without assistance ____ __X__

Transportation

2

Drives or uses public transportation independently ____ X

Arranges for transportation or uses ride-sharing services X ____

Requires assistance for all transportation Work-related functional capacity A Functional Capacity Evaluation (FCE) is a series of tests to evaluate an individual's physical abilities for work. An FCE checklist might include:

Lifting and carrying

Lifts and carries up to 10 lbs. occasionally X ____

Lifts and carries up to 20 lbs. frequently ____ X

Lifts and carries up to 50 lbs. frequently ____ X

Lifts and carries over 50 lbs. occasionally ____ X

Positional tolerances

Sits for more than 6 hours per day ____ X

Sits for 2-6 hours per day ____ X

Sits for less than 2 hours per day X ____

Stands for more than 6 hours per day ____ X

Stands for 2-6 hours per day ____ X

Stands for less than 2 hours per day ~~Repetitive movements~~ ____ X

Reaches overhead X ____

Bends and stoops ____ X

Kneels and squats ____ X

Pushes and pulls X ____

Hand function

3

Fine manipulation (e.g., using tools, writing) __X__ carpel tunnel - Both

Repetitive grasping and handling __X__

Firm grasping __X__ But drops stuff all the time

**No limitations in hand function**

Functional capacity assessments for ADA accommodations, often called Functional Capacity Evaluations (FCEs), are comprehensive medical evaluations that help determine an employee's ability to perform their job's "essential functions". While there is no single standardized "ADA checklist" with checkboxes, the process is an individualized and interactive dialogue between the employer, the employee, and their healthcare provider.

The following is a sample-based questionnaire that a healthcare provider would complete to communicate an employee's functional limitations in relation to their job duties, thereby helping identify potential accommodations.

**Sample ADA functional capacity questionnaire**

Employee/Patient Name: French, Jeanette

Employer: _____

Referring Physician/Therapist: _____

**Part 1: Medical condition and work impact**

Instructions for Healthcare Provider: Please assess the patient's condition and functional limitations related to the employee's job. When answering, consider the patient's condition without mitigating measures like medication or assistive devices.

1. Does the patient have a physical or mental impairment?

☒ Yes

☐ No

If yes, please describe the impairment: Rare genetic disease w/ many symptoms - multiple diagnosis - Limits ADL's Unable to do most things for long. Need extensive rest. Severe Fatigue, nausea Pain

2. Is this impairment a disability under the ADA? (Does it substantially limit a major life activity?)

☒ Yes

☐ No

Please explain: _____

_____

_____

3. Does this impairment affect the patient's ability to perform work-related tasks?

☒ Yes

☐ No

If yes, check all applicable areas of functional limitation:

Physical:

☒ Walking/Mobility

☒ Standing

☒ Sitting

☒ Bending/Stooping

☒ Reaching (overhead, in front)

☒ Kneeling

☒ Crouching/Crawling

☒ Lifting (Specify weight and frequency):

* Occasional: ___10 lb

* Frequent: ___5 lb

☒ Carrying (Specify weight and frequency):

* Occasional: ___10 lb  short distance

5

\* Frequent: _____

☐ Pushing/Pulling

☑ Fine/Gross motor skills

☐ Hand-eye coordination

☑ Stamina/Endurance

Mental/Cognitive:

☑ Concentration/Focus

☐ Memory

☑ Stress management

☑ Organization/Prioritization

☐ Interaction with others

☐ Judgment/Decision-making

☐ Handling changes in routine

Environmental:

☑ Tolerating temperature extremes

☑ Exposure to dust/fumes

☑ Exposure to loud noises

Part 2: Work limitations and accommodations

Instructions for Healthcare Provider: Please review the employee's job description and provide details on how the functional limitations affect their ability to perform their job's essential functions.

1. Please identify any specific job tasks that the patient is unable to perform.

6

**Essential functions:** repetive motion walking standing sitting for more than 30 min. - frequent breaks, Ice packs, tens unit Bed needed

**Marginal functions:** _____

**2. Are work accommodations or modifications needed to enable the patient to perform essential job functions safely?**

☒ Yes   Even w/ this unable to work due to severe symptoms, Nausea, pain, Fatigue
☐ No    Muscle pain, Low Back + upper Back - Neck pain

**3. If yes, please specify the necessary work changes or accommodations, and substantiate why they are needed..**

A bed to rest in frequently - Close to a Bathroom for Nausea.

Examples: Modified work schedule, assistive technology, ergonomic equipment, change in workstation layout.

**4. What is the expected duration of the work accommodation(s)?**

☒ Permanent

☐ Temporary. (Estimated duration: _____. Follow-up assessment needed? ☐ Yes ☐ No)

**5. Are there any other medical limitations that could preclude the patient from performing their job requirements even with accommodations?**

☒ Yes   Severe symptoms
☐ No

If yes, please explain: Nausea, Fatigue - Abdominal Pain (All severe) Migraines - frequent -

7

Healthcare Provider Signature: _Joey R__ FNP-BC

Date: 10/16/2025

\* Completed by patient as supplemental documentation only

**Burke Family Practice**
**9409B Old Burke Lake Road**
**Burke, VA 22015**

Privia - BURK - Burke Family Practice • 9409B Old Burke Lake Rd, BURKE VA 22015-3127

FRENCH, Jeanette (



**Burke Family Practice**
9409B Old Burke Lake Rd
BURKE, VA 22015-3127
Phone: (703) 978-4200, Fax: (703) 503-8263

Date: 10/16/2025

RE: Jeanette French, DOB: 08/08/1958, PT ID #28451519

To Whom It May Concern,

I am one of the treating medical providers for Ms. Jeanette French, who has been under the care of Burke Family Practice for multiple chronic and disabling medical conditions, including familial mediterranean fever (FMF), psoriatic arthritis, fibromyalgia, chronic fatigue syndrome, and post-concussion syndrome.

Ms. French's familial mediterranean fever is a lifelong autoinflammatory disorder characterized by recurrent episodes of severe pain, fever, joint inflammation, and abdominal, chest, or musculoskeletal pain. These flares are unpredictable, debilitating, and frequently accompanied by profound fatigue and systemic inflammation, which can lead to joint damage and secondary complications such as amyloidosis. Between episodes, she often experiences residual pain, stiffness, and exhaustion, further limiting her daily functioning and endurance.

In addition, her psoriatic arthritis and fibromyalgia contribute to chronic, widespread pain, stiffness, and fatigue. Chronic fatigue syndrome causes persistent exhaustion unrelieved by rest and exacerbated even by minimal exertion. Her post-concussion syndrome has resulted in ongoing cognitive symptoms, including impaired concentration, memory difficulties, and sensory sensitivity.

Taken together, these conditions cause substantial and persistent limitations in multiple major life activities, including walking, standing, concentrating, lifting, and performing tasks of daily living. Despite ongoing and appropriate medical treatment, her functional impairments remain severe and permanent.

It is therefore my professional medical opinion that Ms. Jeanette French meets the Americans with Disabilities Act (ADA) definition of a person with a disability. Her impairments are chronic and permanent in nature, and she should be considered permanently disabled under ADA standards.

Please contact our office should additional documentation or clarification be needed.

Sincerely,

*[signature: Tay T FNP-BC]*

Electronically Signed by: TAYLOR TRENNER, FNP on 10/16/2025 03:22 PM

FILED

2025 OCT 20 A 10: 37

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alexandria_ DIVISION

Jeanette French
**Plaintiff(s),**

v.

NV Rides et al
**Defendant(s),**

Civil Action Number: (Original- 1:25 CV 00989)

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of _Supplement to Amended Complaint Doctor Documents_
(Title of Document)

Jeanette French
Name of *Pro Se* Party (Print or Type)

Jeanette French
Signature of *Pro Se* Party

Executed on: 10/19/2025 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)