IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **JEANETTE FRENCH** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 1:25-cv-989-PTG/WEF |
| | ) |
| **NV RIDES, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO STRIKE AMENDED COMPLAINT AND SUPPLEMENT

Defendants Tony Wonkovich, Selmetria Quarles and Barbara Gatorian, by counsel, hereby move to strike the Amended Complaint and Supplement thereto filed by plaintiff Jeanette French, and state as follows:

French's initial complaint was filed against Wonkovich, Quarles, Gatorian and others on June 11, 2025 (ECF 1). On September 2, 2025, these defendants moved to dismiss the complaint for its failure to state a plausible claim, and waived a hearing on their motion (ECF 18-20).

The Court *sua sponte* issued an order permitting French to file her opposition to defendants' Motion to Dismiss on or before October 16, 2025 (ECF 24). Rather than file an opposition, on October 6, 2025, French filed a motion to extend time to file an amended complaint (ECF 25). Prior to any ruling on her motion, she filed a 162-page Amended Complaint on October 14, 2025, and a Supplement to Amended Complaint on October 20, 2025 (ECF 28).

For the reasons outlined in defendants' Motion to Dismiss, French has no viable grounds to bring this action. There being no opposition filed as ordered by this Court, the Motion to Dismiss should be granted.

French's Amended Complaint and Supplement thereto should be stricken, as French was not granted leave to file these pleadings as required by Fed. R. Civ. P 15(a)(2). Additionally, French has not outlined why any amendment under the facts and circumstances of this case is necessary or how it would not be futile. *Tholley v. AAA Pediatrics*, Civil Action No. 1:25 cv 370, 2025 U.S. Dist. LEXIS 104573, at *3-4 (E.D. Va. June 2, 2025), *citing In re Traingle Cap. Corp. Sec. Litig.*, 988 F.3d 743, 750 (4th Cir. 2021). The good faith requirements in bringing an action in this Court and compliance with the Rules are equally applicable to *pro se* litigants. *See Harmon v. O'Keefe*, 149 F.R.D. 114, 116 (E.D. Va. 1993)(imposing Rule 11 sanctions against an unrepresented party for failing to conduct a prefiling investigation of law and fact).

Defendants continue to incur costs and damage to their reputation as a result of French's repeated filings and the outrageous nature of her claims.

WHEREFORE, defendants Tony Wonkovich, Selmetria Quarles and Barbara Gatorian respectfully request that their Motion to Strike French's Amended Complaint and Supplement to Amended Complaint be granted, and the Amended Complaint and Supplement to Amended Complaint be stricken.

>
> **TONY WONKOVICH,**
> **SELMETRIA QUARLES and**
> **BARBARA GATORIAN**
>
> By:   /s/ David D. Hudgins
>         Counsel

David D. Hudgins, Esquire; VA Bar No. 20602
HUDGINS LAW FIRM, P.C.
2331 Mill Road, Suite 100
Alexandria, Virginia  22314
(703) 739-3300
dhudgins@hudginslawfirm.com

## CERTIFICATE OF SERVICE

 I hereby certify that on this 22nd day of October 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, and mailed, postage prepaid, to:

Jeanette French
9001 Giltinan Court
Springfield, VA 22153
Widdle9876@gmail.com

NV Rides
8900 Little River Turnpike
Fairfax, VA 22031

Jeff Dannick
NV Rides
8900 Little River Turnpike
Fairfax, VA 22031

Elena Alergant
NV Rides
8900 Little River Turnpike
Fairfax, VA 22031

Emily Braley
Pozez JCC
8900 Little River Turnpike
Fairfax, VA 22031

               /s/ David D. Hudgins