In the United States District Court

for the Eastern District of Virginia--(Alexandria Division)

Jeanette French

Plaintiff

v                                                      Civil Action No 1:25 cv 00989 PTG / WEF

N V Rides at al,

Defendants, and The Board

Plaintiff, Jeanette French, Respectfully Requests Permission to respond from the Court, to the Defendant's

"Reply to Plaintiff's Opposition and Response to Motion to Strike Amended Complaint"

The plaintiff is putting forth a

"Motion for Leave to File a Surreply"   with attached -Exhibit Proposed Sur-reply,  with the Clerk, who dockets both documents , but the Sur-reply will not be officially filed unless the judge grants the Motion to French, the Plaintiff

to:

"Respond to Defendants-- -

" Reply to Plaintiff's Opposition and Response to Motion to Strike Amended Complaint" "

(A sur-reply is a legal document filed after a party has already submitted a reply to an initial motion. It provides a final opportunity for a party to respond to new issues or arguments raised in the opponent's reply brief, and is typically only allowed with permission from the court. Courts may grant permission for a surreply only if new issues or evidence are presented in the reply that require a response.

Restrictions: A sur-reply can only respond to arguments made in the reply and cannot introduce

1

entirely new evidence or arguments.

If the Court grants Plaintiff's permission to respond to the defendants reply,

it has been attached to save time.

Sincerly, Jeanette French

9001 Giltinan Court

Springfield, Va. 22153

widdle9876@gmail.com

571-215-3719

Pro Se- Plaintiff

1:25 cv 00989 Eastern District Courthouse - Alex. Va.
French vs NV Rides et al
(Amended Complaint)
"Motion to Leave to File a Sur-reply" To:
(Exhibit proposed Sur-reply) → Reply to Plaintiffs Opposition + Response to Motion to Strike Amended Complaint

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing (1) "Motion to Leave to File a Sur-reply" was delivered this (2) 5th Day of (3) Nov. 2025, to (4) Eastern District Courthouse, Alex Va. - the Honorable William E. Fitzpatrick at (5)

hand delivered to Courthouse

Mailed to: David D. Hudgins +
the Board
2331 Mill Rd. Suite 100
Alex. Va. 22314

8900 Little River Turnpike (Pozez J.CC.
Fairfax, Va. 22031

571-215-3719

Jeanette French
(Your Signature)
9001 Gilman Ct.
Springfield, Va. 22153
widdle9876@gmail.com

## Instructions

(1) YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

NOTE: YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.

FILED

2025 NOV -5 P 2:59

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alex, Va.__ DIVISION

__Jeanette French__
Plaintiff(s),

v.

__NV Rides et al__
__+ Board__ Defendant(s),

Civil Action Number: __1:25 cv 00989__

Motion to Leave to File a Sur-reply to: Defendant's Reply to Plaintiff's Opposition and Response to Motion to Strike Amended Complaint

LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of _____.
(Title of Document)

(Exhibit- Proposed Sur-reply)

__Jeanette French__
Name of Pro Se Party (Print or Type)

__Jeanette French__
Signature of Pro Se Party

Executed on: __11/5/2025__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)