IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JEANETTE FRENCH | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:25-cv-989-PTG/WEF |
| | ) |
| NV RIDES, et al. | ) |
| | ) |
|     Defendants. | ) |

**OPPOSITION TO MOTION FOR LEAVE TO FILE SURREPLY**

Defendants Tony Wonkovich, Selmetria Quarles and Barbara Gatorian, by counsel, hereby oppose the Motion for Leave to File Surreply filed by plaintiff Jeanette French, and state as follows:

French's recently filed Motion with a proposed Surreply merely reiterate arguments contained in her previous filings, and should not be considered (ECF 36, 36-1). Defendants adopt and incorporate by reference the arguments made in their responses to plaintiff's motions, responses, and other filings, in opposition to the above Motion (ECF 18, 19, 27, 29).

Defendants' Motion to Dismiss remains pending, and despite plaintiff's prolific filings, and the Court's Order directing her to file an opposition by October 16, 2025, no opposition has been filed (ECF 18-20).

WHEREFORE, defendants Tony Wonkovich, Selmetria Quarles and Barbara Gatorian respectfully request that French's Motion for Leave to File Surreply be denied, and that they be awarded their costs expended in defense of this matter, including reasonable attorneys' fees.

                                     **TONY WONKOVICH,
SELMETRIA QUARLES and
BARBARA GATORIAN**

                                By:     <u>/s/ David D. Hudgins</u>
                                                Counsel

David D. Hudgins, Esquire; VA Bar No. 20602
HUDGINS LAW FIRM, P.C.
2331 Mill Road, Suite 100
Alexandria, Virginia 22314
(703) 739-3300
dhudgins@hudginslawfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on this 12th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, and mailed, postage prepaid, to:

Jeanette French
9001 Giltinan Court
Springfield, VA 22153
Widdle9876@gmail.com

NV Rides
8900 Little River Turnpike
Fairfax, VA 22031

Jeff Dannick
NV Rides
8900 Little River Turnpike
Fairfax, VA 22031

Elena Alergant
NV Rides
8900 Little River Turnpike
Fairfax, VA 22031

Emily Braley
Pozez JCC
8900 Little River Turnpike
Fairfax, VA 22031

                                                                         <u>/s/ David D. Hudgins</u>