In the United States District Court

For the Eastern District of Virginia- ( Alexandria Division)

Pro Se- Jeanette French, 571-215-3729, widdle9876@gmail.com

9001 Giltinan Court, Springfield Va. 22153

in the United States District Court for the [ Eastern / Western ] District of Virginia

42 U S C 1983 Civil Rights { Employment Discrimination}

Plaintiff- Jeanette French (vs)

N V Rides et al

Defendants, and The Board

Case 1:25 cv 00989, Amended Complaint

Plaintiff French, Respectfully, with the courts permission, is submitting an important Notice, as a second -- Exhibit - ( "Proposed Sur-reply B" ) , to be added to her "Motion to Leave to File a Sur-reply" , Also per the court permission. In Response to the Defendant's ;

"Reply to Plaintiff's Opposition and Response to Motion to Strike Amended Complaint"

French filed a "Motion to Leave to File a Sur-reply" and would like to add this ( Exhibit Proposed Sur-reply B ) with the court's permission.

Exhibit Proposed Sur-reply B- is attached and is the notice sent to French from the court, telling her that she is advised that opposing party has filed a Motion to Dismiss some or all of Plaintiff's claims.

This Official Notice Received by French-Says:

Notice:

Plaintiff is **ADVISED** that plaintiff is entitled to file a response opposing the "Motion to Dismiss" within twenty one (21) **days of the filing date of this notice.**

The Clerk is **DIRECTED** to mail a copy of this order to Plaintiff, who is proceding Pro Se.

1

At the bottom of this Notice is the date

Entered this 25 th day of September

and signed by Patricia Tolliver Giles, United States District Judge

French understood that this notice was the official Notice of the court, giving her 21 days from the date of **this notice** to file her response to the defendants "Motion to Dismiss".

This date is different then the date that the Motion to Dismiss was filed with the clerk of the court, and was not attended to until the judge was able to get to it, due to the time frame of the courts procedings and case load.

This Notice actually makes her time frame start from Sept 25th.

If French is wrong on this, please advice. I believe that the court would not send an official Notice like this, unless it were to inform the plaintiff of her actual date -time line- to respond so it was understood by everyone including a Pro Se litigant. That the time that the Motion is given to the Clerk, is not the time that it is official, until the Judge states it so. The court handles hundreds of Motions, and they must take each one in their time frame, not the time frame that it is filed with the clerks office.

(Courts, especially those with heavy caseloads, manage hundreds of motions. Judges have "law and motion calendars" to organize when and what types of motions will be heard. The timing is determined by the court's and individual judge's schedule, not just the order in which they land on the clerk's desk.

The time a judge takes to render a decision can vary greatly depending on the complexity of the issues, the judge's personal work style, and their overall docket. There is no fixed rule that a judge must issue a ruling within a specific timeframe after the motion is filed (unless set by local rule or statute), and some decisions can take months.

In essence, while a motion is "filed" on a specific date, its processing and final decision are governed by the court's structured calendar, procedural rules, and the judge's availability and discretion. )

There for French believes that this official notice is telling her, the plaintiff, (French)-- that she had 21 days from Sept. 25 date to file her Amended complaint, to the "Motion to Dismiss", and that her response of the Amended complaint was filed within the 21 days from this official Notice's date.

So any argument that it was not filed with in the time frame of the court is wrong.

If French is wrong on this, please advice.

French meant to enter this ( Exhibit Proporsed B )  with the original " Motion to Leave to File a Sur-reply" , and apologizes for this over sight.

thanks, Sincerely, Jeanette French

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria DIVISION

Jeanette French
**Plaintiff(s),**

v.

NV Rides et al
**Defendant(s),**

Civil Action Number: 1:25 cv 00989
Amended Complaint

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of "Request to Add" (Exhibit - Proposed Sur-reply B) added to "Motion to Leave to File a Sur-reply"
**(Title of Document)**

Jeanette French
Name of *Pro Se* Party (Print or Type)

Jeanette French
Signature of *Pro Se* Party

Executed on: 11/10/2025 (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type))

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)