**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| JEANETTE FRENCH, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 1:25-cv-989 (PTG/WEF) |
| | ) | |
| NV RIDES, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Defendants' Motion to Strike (Dkt. 29). On June 11, 2025, Plaintiff Jeanette French, proceeding *pro se*, filed her initial complaint. Dkt. 1. On September 2, 2025, Defendants filed a motion to dismiss. Dkt. 18. On September 25, 2025, the Court entered an order notifying Plaintiff that she had twenty-one days (21) days from the entry of the order to file an opposition to Defendants' Motion. Dkt. 25; *see also Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975). On October 14, 2025, Plaintiff filed an amended complaint. Dkt. 26. Plaintiff subsequently filed a supplement to the amended complaint and an addendum to the supplement. Dkts. 28, 32. On October 22, 2025, Defendants filed the instant motion to strike the amended complaint and the supplement to the amended complaint. Dkt. 29. For the reasons that follow, the Court grants in part and denies in part Defendants' Motion to Strike.

Under the Federal Rules of Civil Procedure, a plaintiff may amend its pleading only once as a matter of course within twenty-one (21) days after receiving notice of a motion to dismiss. Fed. R. Civ. P. 15(a)(1)(B). An amended complaint supersedes the original complaint. *See Goodman v. Diggs*, 986 F.3d 493, 498 (4th Cir. 2021). After a plaintiff files its first amended

complaint as a matter of course, the plaintiff may only subsequently amend their complaint with the defendant's written consent or by leave from the Court. Fed. R. Civ. P. 15(a)(2).

On September 25, 2025, the Court's notification to Plaintiff of her filing requirements in response to Defendants' motion to dismiss allowed Plaintiff to either file an opposition or an amended complaint by October 16, 2025. On October 14, 2025, Plaintiff timely filed her amended complaint. The amended complaint supersedes the original complaint and renders Defendants' motion to dismiss moot. However, Plaintiff did not seek the Court's leave to file her supplement and addendum to her amended complaint as required by Rule 15(a)(2). Accordingly, it is hereby

**ORDERED** that Defendants' Motion to Strike (Dkt. 29) is **GRANTED in part** and **DENIED in part**; it is further

**ORDERED** that Plaintiff's Supplement to Amended Complaint (Dkt. 28) and Addendum to Supplement (Dkt. 32) are **STRICKEN**; it is further

**ORDERED** that Defendants' Motion to Dismiss (Dkt. 18) is **DENIED** as moot; it is further

**ORDERED** that Plaintiff's Motion to Correct (Dkt. 23), Motions for Extension (Dkts. 6, 25), and Motion for Leave (Dkt. 36) are **DENIED** as moot; and it is further

**ORDERED** that Defendants shall file a motion or responsive pleading to the Amended Complaint (Dkt. 26) within fourteen (14) days of the entry of this Order.

The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff, who is proceeding *pro se*.

Entered this 18th day of March, 2026.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge

2